UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP N. JAAX, | ) CASE NO. CV 08-06666 MMM (AGRx) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT FOR DEFENDANT |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

On January 21, 2009, the court dismissed plaintiff's complaint *sua sponte* for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B).  Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Philip N. Jaax take nothing by way of his complaint against the United States; and

2. That the action be, and it hereby is, dismissed without prejudice.

DATED: January 27, 2009

                                                      MARGARET M. MORROW
                                                     UNITED STATES DISTRICT JUDGE